IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1528 - JLK**

**JACK J. GRYNBERG, et al.,**

        Plaintiffs,

v.

**CEPTOR, INC., et al.,**

        Defendants.

## ORDER

Kane, J.

Upon consideration of the Unopposed Motion to Stay Case Pending Binding Arbitration (doc. #3), filed August 3, 2007, it is

ORDERED that the motion is GRANTED. The parties are directed to participate in the mandatory arbitration process contained in the New Account Form and Client Agreement. This case is STAYED pending completion of the arbitration.

Dated this 8th day of August, 2007.

BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court

Dockets.Justia.com